**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANKLIN VERAS,

                    Plaintiffs,
    -against-                                        18 **CIVIL** 6724 (KMK)

                                                          **JUDGMENT**

DR. A. JACOBSON and DR. T. UDESHI,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated June 14, 2022, Jacobson's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        June 14, 2022

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                      **BY:**          K. Mango
                                                           **Deputy Clerk**